

www.windisability.com
1-888-WIN-SSDI

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2021
```

*Document Electronically Filed*                  July 16, 2021

Hon. Robert W. Lehrburger
United States Magistrate Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1960
New York, NY 1007-1312

                       Re:     Telesco v. Commissioner of Social Security
                               <u>Civil Action No: 1:20-cv-08376-MKV-RWL</u>

Dear Judge Lehrburger:

      This letter respectfully requests an extension of time of sixty-two (62) days for Plaintiff to file her Motion for Judgment on the Pleadings in this matter. Plaintiff's Motion for Judgment on the Pleadings is currently due on July 20, 2021. Due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace. As a result, this has caused multiple, simultaneous filing deadlines that cannot be met. Plaintiff cannot meet the current briefing deadline. This extension is needed to thoroughly and properly prepare her Motion.

      Plaintiff's counsel has contacted defense counsel who consents to this request. This would be a first request to extend the time to file Plaintiff's Motion for Judgment on the Pleadings.

      If this request is granted, Plaintiff's Motion for Judgment on the Pleadings will be due on **<u>September 20, 2021</u>**. Subsequently, in accordance with the pattern of the Scheduling Order, the Commissioner's Response would then be due **<u>November 19, 2021</u>**. Plaintiff's Reply would then be due **<u>December 10, 2021</u>**.

Thank you for your consideration.          Respectfully submitted,

                                                <u>/s/ Howard D. Olinsky</u>
                                                Howard D. Olinsky, Esq.
                                                Bar Code H06529
                                                Counsel for Plaintiff

The Court cannot grant the extension requested due to time constraints under the "6-month list" provisions and the fact that this case is a referral rather than on consent. The Court has more flexibility when the parties consent for all purposes. Accordingly, the request is denied in part and granted in part as follows: Plaintiff's motion shall be filed by August 16, 2021. Defendant's opposition/cross-motion <u>shall be filed</u> by September 30, 2021. Plaintiff's reply shall be filed by October 21, 2021.

SO ORDERED: *[signature]*
7/16/2021
_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE