**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PATRICIA N. TELESCO,

                  Plaintiff,                        20 **CIVIL** 8376 (MKV)

        -v-                                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 10, 2022, and pursuant to sentence four of 42 U.S.C. Section 405(g), Telesco's motion is GRANTED, the Commissioner's motion is DENIED, and this case is REMANDED for a determination consistent with the discussion in Magistrate Judge Lehrburger's Report and Recommendation.

**Dated:** New York, New York
           March 10, 2022

                                                                 **RUBY J. KRAJICK**
                                                                  _____
                                                                  **Clerk of Court**
                                         **BY:**    *K. Mango*
                                                                  _____
                                                                  **Deputy Clerk**